# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| KAMERON WHITE | * |
| PETITIONER | * |
| | * |
| V. | *   CASE NO. 4:20CV01205 SWW/PSH |
| | * |
| LAFAYETTE WODDS, JR. and | * |
| STATE OF ARKANSAS | * |
| RESPONDENTS | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, Petitioner's objections, and pertinent portions of the record. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that, pursuant to the judgment entered with this order, the petition in this case is DISMISSED WITHOUT PREJUDICE. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE