# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| KAMERON WHITE | * | |
| PETITIONER | * | |
| | * | |
| V. | * | CASE NO.  4:20CV01205  SWW/PSH |
| | * | |
| LAFAYETTE WODDS, JR. and | * | |
| STATE OF ARKANSAS | * | |
| RESPONDENTS | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE, and a certificate of appealability is DENIED.

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE